IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Walton, Tenesha D | Case Number: 07 B 21138 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 9/9/08 | Filed: 11/12/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 29, 2008
Confirmed: February 26, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 560.00 | |
| Secured: | | 118.72 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 411.06 |
| Trustee Fee: | | 30.22 |
| Other Funds: | | 0.00 |
| Totals: | 560.00 | 560.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,493.00 | 411.06 |
| 2. | Economy Interiors | Secured | 1,781.00 | 118.72 |
| 3. | U.S. Department Of Education | Unsecured | 0.00 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 11.99 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 720.00 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 98.88 | 0.00 |
| 7. | Illinois Dept Of Employment Sec | Unsecured | 270.00 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 94.82 | 0.00 |
| 9. | CB USA | Unsecured | 20.51 | 0.00 |
| 10. | Commonwealth Edison | Unsecured | 129.33 | 0.00 |
| 11. | Commonwealth Edison | Unsecured | 212.69 | 0.00 |
| 12. | Peoples Energy Corp | Unsecured | 590.84 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 26.74 | 0.00 |
| 14. | Midland Credit Management | Unsecured | 38.48 | 0.00 |
| 15. | Economy Interiors | Unsecured | 0.01 | 0.00 |
| 16. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 17. | I C Systems Inc | Unsecured | | No Claim Filed |
| 18. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 19. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 20. | Park Dansan | Unsecured | | No Claim Filed |
| 21. | Palisades Collection LLC | Unsecured | | No Claim Filed |
| 22. | AFNI | Unsecured | | No Claim Filed |
| 23. | Resurgent Capital Services | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 7,488.29 | $ 529.78 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Walton, Tenesha D | Case Number: 07 B 21138 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 9/9/08 | Filed: 11/12/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 30.22 |
| | _____ |
| | $ 30.22 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

